IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAVON DAVIS,

    Plaintiff,

v.                                                                   Civil Action No. **3:16CV930**

MS. REID, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on December 15, 2016 the Court conditionally docketed Plaintiff's action. On December 22, 2016, the United States Postal Service returned the December 15, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 1/23/17
Richmond, Virginia